IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ROBERT L. PERKINS,            )
                              )
          Plaintiff,          )
                              )
     v.                       )     1:04CV00988
                              )
DONALD G. WATSON,             )
     and                      )
ESTATE OF PRISCILLA P. WATSON,)
                              )
          Defendants.         )

## MEMORANDUM ORDER AND OPINION

**Eliason, Magistrate Judge**

On June 3, 2005, this Court entered an Order stating that it would dismiss this action for lack of jurisdiction unless plaintiff came forward with evidence showing that his claim exceeds the jurisdictional amount. The Court set the matter for an evidentiary hearing on June 16, 2005 in Winston-Salem, North Carolina. At that time and place, plaintiff failed to appear. Consequently, for the reasons stated in the June 3, 2005 Order, the Court finds that defendants' motions to dismiss (docket nos. 3 & 6) should be granted for plaintiff's failure to adequately allege and show that the amount in controversy exceeds $75,000.00 as required by 28 U.S.C. § 1332. For the preceding reasons,

**IT IS ORDERED** that defendants' motions to dismiss for lack of jurisdiction (docket nos. 3 & 6) are granted for plaintiff's failure to allege or show that his claim exceeds the $75,000.00

jurisdictional amount required by 28 U.S.C. § 1332, and this case be, and the same hereby is, dismissed for lack of jurisdiction.

									_____
									United States Magistrate Judge

June 17, 2005