IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ROBERT L. PERKINS, )
 )
        Plaintiff, )
 )
        v. )    1:04CV00988
 )
DONALD G. WATSON, )
    and )
ESTATE OF PRISCILLA P. WATSON, )
 )
        Defendants. )

**J U D G M E N T**

**Eliason, Magistrate Judge**

    For the reasons set out in an Order filed contemporaneously with this Judgment,

    **IT IS ORDERED AND ADJUDGED** that defendants' motions to dismiss for lack of jurisdiction (docket nos. 3 & 6) are granted for plaintiff's failure to allege or show that his claim exceeds the $75,000.00 jurisdictional amount required by 28 U.S.C. § 1332, and this case be, and the same hereby is, dismissed for lack of jurisdiction.

                                     /s/ Russell A. Eliason
                                 United States Magistrate Judge

June 17, 2005